IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr13-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF FORFEITURE** |
| ) | |
| (2) RODERICK DARNELL HARDIN, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the Government's Motion for Money Judgment.

THIS COURT FINDS AS FOLLOWS:

1. The First Superseding Bill of Indictment (Doc. 71) in this case charged Defendant with, amongst other violations, conspiracy to commit Hobbs Act robbery in violation of 18 U.S.C. § 1951. The Indictment also provided notice that property was subject to forfeiture pursuant to 18 U.S.C. § 981 and 28 U.S.C. § 2461(c) and specifically contained a Grand Jury finding that there was probable cause that a forfeiture money judgment of $1,500,000, representative of the proceeds of the conspiracy, was subject to forfeiture.

2. Defendant pled guilty to the 18 U.S.C. § 1951 conspiracy set forth in the Indictment that contains a Grand Jury finding of probable cause for a $1,500,000 proceeds money judgment. In addition, Defendant testified about the proceeds of the crime during the course of the trial of his co-conspirator, Timothy Donahue. Lastly, information in the record establishes that, although law enforcement has returned $554,259 of the proceeds to the victims of the robbery, $945,741 in proceeds that were obtained by Defendant have not yet been located.

1

IT IS THEREFORE ORDERED that, for purposes of Fed. R. Crim. P. 32.2 and 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and based on the Indictment and Grand Jury finding of probable cause, plea of guilt, Motion for Money Judgment, testimony of Defendant Hardin at the trial of co-conspirator Timothy Donahue, and record, the Government has established the amount of the money judgment and this Order shall constitute a money judgment for the following property:

> **A forfeiture money judgment in the amount of $945,741, such amount constituting the proceeds of the Hobbs Act offense to which Defendant pled guilty, less proceeds returned to-date to the victims.**

8-29-13